IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

8/8/14

DIALLO HAMADOU, MUHAMMAD SHAHJAHAN, and FRANK ASIEDU, on behalf of themselves individually, and on behalf of all others similarly situated,

                Plaintiffs,

-against-

HESS CORPORATION, HESS MART, INC., MAMADOU GUEYE, TOUS PHILLIP, JORGE BALL, ABC CORPORATION, and JOHN DOES 1-3,

                Defendants.

12 Civ. 0250 (CM)

## [~~PROPOSED~~] CIVIL CASE MANAGEMENT PLAN

1.    All discovery, including expert discovery, must be completed on or before October 20, 2014.

2.    A joint pre-trial order in the form prescribed in Judge McMahon's individual rules, together with all other pre-trial submissions required by those rules (not including *in limine* motions), shall be submitted on or before November 24, 2014. Following submission of the joint pre-trial order, counsel will be notified of the date of the final pre-trial conference. *In limine* motions must be filed within five days of receiving notice of the final pre-trial conference; responses to *in limine* motions are due five days after the motions are made. Cases may be called for trial at any time following the final pre-trial conference.

Dated: 8/7/2014
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge