UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAMADOU DIALLO, *et al.*,

                Plaintiffs,

    -v-

HESS CORPORATION, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

12-CV-250 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    As discussed at today's conference, plaintiffs shall submit to the Court their motion for preliminary approval of settlement, along with the proposed notice of settlement and other supporting papers, no later than **December 19, 2014**. Any proposed order should be provided to the Court in Word format by email to CottNYSDChambers@nysd.uscourts.gov. With the motion papers, plaintiffs should also propose a timeline for providing notice to class members and holding the fairness hearing.

    Discovery shall remain stayed until further order of the Court.

    **SO ORDERED.**

Dated: November 17, 2014
       New York, New York

                                          JAMES L. COTT
                                          United States Magistrate Judge

USDC SDNY
DATE SCANNED  11/17/14