| | |
|---|---|
| **OUTTEN & GOLDEN LLP** <br> Justin M. Swartz <br> Juno Turner <br> 3 Park Avenue, 29th Floor <br> New York, New York 10016 <br> Telephone:  (212) 245-1000 | **FITAPELLI & SCHAFFER, LLP** <br> Joseph A. Fitapelli <br> Brian S. Schaffer <br> Frank Mazzaferro <br> 475 Park Avenue South <br> New York, NY 10016 <br> Telephone: (212) 300-0375 |

**XUE & ASSOCIATES, P.C.**
Benjamin B. Xue, Esq.
1001 Avenue of the Americas
11th Floor
New York, New York 10018
Telephone: (212) 219-2275

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIALLO HAMADOU, MUHAMMAD SHAHJAHAN, and FRANK ASIEDU, on behalf of themselves individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> HESS CORPORATION, HESS MART, INC., MAMADOU GUEYE, TOUS PHILLIP, JORGE BALL, ABC CORPORATION, and JOHN DOES 1-3, <br><br> Defendants. | No. 12 Civ. 0250 (JLC) |

### NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND <u>APPROVAL OF PLAINTIFFS' PROPOSED NOTICES OF SETTLEMENT</u>

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for

Preliminary Approval of the Settlement, Certification of the Settlement Class, Appointment of

Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notices of Settlement ("Motion

for Preliminary Approval") and the Declaration of Justin M. Swartz in Support of Plaintiffs'

Motion for Preliminary Approval ("Swartz Declaration"), Plaintiffs respectfully request that the

Court enter an Order:

(1) granting preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), Decl. of Justin M. Swartz ("Swartz Decl.") Ex. A;

(2) certifying the proposed class for settlement purposes;

(3) appointing Outten & Golden LLP ("O&G"), Fitapelli & Schaffer, LLP ("F&S") and Xue & Associates, P.C., ("Xue") as Class Counsel;

(4) approving the proposed Notices of Proposed Settlement of Class Action and Collective Action Lawsuit and Fairness Hearing, Swartz Decl. Exs. B and C; and;

(5) granting such other, further, or different relief as the Court deems just and proper.

\*   \*   \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.  As instructed during the status conference on November 17, 2014, Plaintiffs will also submit the Proposed Order in Word format to Chambers by email.

Dated:  January 16, 2015
          New York, New York

                                               Respectfully submitted,
                                               **OUTTEN & GOLDEN LLP**

                                               /s/ Justin M. Swartz
                                               Justin M. Swartz

                                               **OUTTEN & GOLDEN LLP**
                                               Justin M. Swartz
                                               Juno E. Turner
                                               3 Park Avenue, 29th Floor
                                               New York, New York 10016
                                               Telephone:  (212) 245-1000

                                               **FITAPELLI & SCHAFFER, LLP**
                                               Joseph A. Fitapelli
                                               Brian S. Schaffer

Frank Mazzaferro
475 Park Avenue South
New York, NY 10016
Telephone: (212) 300-0375

**XUE & ASSOCIATES, P.C.**
Benjamin B. Xue, Esq.
1001 Avenue of the Americas
11th Floor
New York, New York 10018
Telephone: (212) 219-2275

**Attorneys for Plaintiffs and the Putative Class and Collective**