| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Juno Turner<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **FITAPELLI & SCHAFFER, LLP**<br>Joseph A. Fitapelli<br>Brian S. Schaffer<br>Frank Mazzaferro<br>475 Park Avenue South<br>New York, New York 10016<br>Telephone: (212) 300-0375 |

**XUE & ASSOCIATES, P.C.**
Benjamin B. Xue, Esq.
1001 Avenue of the Americas
11th Floor
New York, New York 10018
Telephone: (212) 219-2275

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIALLO HAMADOU, MUHAMMAD SHAHJAHAN, and FRANK ASIEDU, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>   -against-<br><br>HESS CORPORATION, HESS MART, INC., MAMADOU GUEYE, TOUS PHILLIP, JORGE BALL, ABC CORPORATION, and JOHN DOES 1-3,<br><br>    Defendants. | No. 12 Civ. 0250 (CM)(JLC) |

### NOTICE OF PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of FLSA Settlement ("Plaintiffs' Motion for Final Approval"), in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion For Final Approval, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) certifying a Settlement Class consisting of:

>All individuals who worked at Hess as a Sales Associate in Hess gas stations located in Hess Territories 8 and/or 10 of Region 2 in the Bronx and Queens ("Covered Territories") between January 12, 2006 and May 23, 2013.

(2)  granting final approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Swartz Declaration;

(3)  granting final approval of the FLSA Settlement; and

(4)  granting any other relief that the Court deems just and proper.

*   *   *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as

**Exhibit A**, for the Court's convenience.

Dated: June 2, 2015
New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Justin M. Swartz
Justin M. Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Juno Turner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Brian S. Schaffer
Frank Mazzaferro
475 Park Avenue South
New York, New York 10016
Telephone: (212) 300-0375

**XUE & ASSOCIATES, P.C.**
Benjamin B. Xue, Esq.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone: (212) 219-2275

**Attorneys for Plaintiffs, the Class, and Collective**
