| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Juno Turner<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000 | **FITAPELLI & SCHAFFER, LLP**<br>Joseph A. Fitapelli<br>Brian S. Schaffer<br>Frank Mazzaferro<br>475 Park Avenue South<br>New York, New York 10016<br>Telephone: (212) 300-0375 |

**XUE & ASSOCIATES, P.C.**
Benjamin B. Xue, Esq.
1001 Avenue of the Americas
11th Floor
New York, New York 10018
Telephone: (212) 219-2275

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIALLO HAMADOU, MUHAMMAD SHAHJAHAN, and FRANK ASIEDU, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        -against-<br><br>HESS CORPORATION, HESS MART, INC., MAMADOU GUEYE, TOUS PHILLIP, JORGE BALL, ABC CORPORATION, and JOHN DOES 1-3,<br><br>        Defendants. | No. 12 Civ. 0250 (CM)(JLC) |

### NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, Motion for Approval of Attorneys' Fees and Costs, and Motion for Approval of Service Awards ("Swartz Decl."), in the Declaration of Joseph A. Fitapelli in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs

("Fitapelli Decl."), in the Declaration of Benjamin B. Xue in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Costs ("Xue Decl."), and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)   awarding Class Counsel attorneys' fees and costs of one-third of the Settlement Fund ($230,450); and

(2)   granting such other, further, or different relief as the Court deems just and proper.

Dated: June 2, 2015
New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Justin M. Swartz
Justin M. Swartz

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Juno Turner
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Brian S. Schaffer
Frank Mazzaferro
475 Park Avenue South
New York, New York 10016
Telephone:  (212) 300-0375

**XUE & ASSOCIATES, P.C.**
Benjamin B. Xue, Esq.
1001 Avenue of the Americas, 11th Floor
New York, New York 10018
Telephone:  (212) 219-2275

**Attorneys for Plaintiffs, the Class, and Collective**